█ James D. Cosgrove, Respondent, v. Estate of Virginia Delves, by Margaret Cuminale, Executrix, Respondent-Appellant, and Marlboro Industries, Ltd., Appellant, et al., Defendants.—

Latham, Kleinfeld, Brennan and Benjamin, JJ., concur; Hopkins, Acting P. J., dissents and votes to affirm the interlocutory judgment.